**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

|  |  |
|---|---|
| **Kimberly Maria Myles,** | **Case No.** 4:21-cv-158 |
| Plaintiff, | |
| v. | |
|  | **Defendant's Notice of Removal** |
| **Wells Fargo Bank, N.A.,** | |
| Defendant. | |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removes the above-captioned civil action from the Iowa District Court in and for Polk County, Case No. LACL148965, to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Federal Rule of Civil Procedure 81, and Local Rule 81.  As grounds for removal, Wells Fargo states:

1.     Plaintiff Kimberly Maria Myles ("Plaintiff") filed her Petition at Law and Jury Demand on October 22, 2020, in the Iowa District Court for Polk County against Wells Fargo, Lisa Ernesti, and Jennifer Hays.  In her Petition, Plaintiff alleged the defendants discriminated against her on the basis of race and age pursuant to the Iowa Civil Rights Act, Iowa Code Chapter 216 ("ICRA").

2.     Wells Fargo was served with the Original Notice and Petition on November 19, 2020.

3.     Wells Fargo filed an Answer to the Petition on December 9, 2020 in the Iowa District Court for Polk County.

4.      To the best of Wells Fargo's knowledge, Jennifer Hays and Lisa Ernesti were not served with the Original Notice and Petition, and Plaintiff did not file any proof that service had been effected on either person.

5.      On February 2, 2021, the Iowa District Court for Polk County *sua sponte* ordered Plaintiff to file a Return of Service document evidencing timely service of the Original Notice and Petition on Ms. Hays and Ms. Ernesti. Plaintiff did not file such a document.

6.      Plaintiff filed a Motion for a non-jury trial on April 19, 2021 in the Iowa District Court for Polk County. A hearing on Plaintiff's Motion for a non-jury trial was held on May 19, 2021.

7.      At the May 19, 2021 hearing, counsel for Wells Fargo noted that Plaintiff had not yet filed proof of service of the Original Notice and Petition on the two individual defendants. Plaintiff explained that she had included Ms. Hays and Ms. Ernesti in the caption of her Petition because she copied that caption from the Right to Sue Letter issued by the Des Moines Human Rights Commission when she drafted her Petition. When asked by the Court, and as reflected in the Court's May 20, 2021, Order (*see* page 70 of Exhibit A), Plaintiff stated she had no issue with the dismissal of Ms. Hayes and Ms. Ernesti as defendants in this case.

8.      On May 20, 2021, the Iowa District Court for Polk County issued an Order, *inter alia*, dismissing Ms. Hays and Ms. Ernesti from the litigation. Thus, Wells Fargo is the only remaining Defendant in this matter.[1]

9.      Pursuant to 28 U.S.C. § 1446(b)(3) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), Wells Fargo has timely removed this action because this

---

[1] On May 14, 2021, Plaintiff filed a motion to amend her complaint to include the City of Des Moines as a defendant.  Wells Fargo intends to oppose that motion.

Notice of Removal is filed within 30 days after Wells Fargo's receipt of service of an Order from which it could first be ascertained that the case is one which has become removable.

10.     As required by Local Rule 81(a)(4), Wells Fargo states that for purposes of removal of this action from state court, this is an action where the amount in controversy for Plaintiff's claim exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

11.     At the time this action commenced, Plaintiff was and currently remains a citizen and resident of the State of Iowa, Polk County.

12.     Wells Fargo was at the time this action was commenced and remains a federally chartered National Banking Association that is organized and exists under the National Banking Act, with its Main Office, as set forth in its Articles of Association, in the State of South Dakota.

13.     Thus, because complete diversity of the parties exists and the amount in controversy exceeds $75,000, this Court has original jurisdiction over the action under 28 U.S.C. § 1332(a) diversity jurisdiction. *See Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303 (2006). Thus, this action may be removed to this Court pursuant to § 1441.

14.     Based upon the allegations in Plaintiff's Petition, the proper venue for removal of this action is to the United States District Court for the Southern District of Iowa, Central Division, because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

15.     In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders provided to Wells Fargo in this action are attached as "Exhibit A" and are incorporated herein by this reference.

16.    In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Iowa District Court for Polk County and is being served on all adverse parties.

WHEREFORE, Defendant Wells Fargo Bank, N.A. gives notice that the above-entitled action is removed from the Iowa District Court in and for Polk County.

Dated:  May 27, 2021.

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Samantha M. Rollins
Michael A. Giudicessi, *Lead Counsel*
 *michael.giudicessi@faegredrinker.com*
801 Grand Ave., 33rd Floor
Des Moines, IA 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Samantha M. Rollins
 *samantha.rollins@faegredrinker.com*
Sara L. Lewenstein (*pro hac vice* application forthcoming)
 *sara.lewenstein@faegredrinker.com*
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

**ATTORNEYS FOR DEFENDANT**
**WELLS FARGO BANK, N.A.**

**Certificate of Service**

The undersigned certifies that a true copy of **Defendant's Notice of Removal** was served upon Plaintiff through the Court's electronic filing system and by enclosing the same in an envelope addressed to Plaintiff at her last known addresses as shown below, with postage fully paid, and by depositing said envelope in a United States Post Office depository on May 27, 2021.

/s/ Trisha Richey

Original filed;
Copy to:

Kimberly Myles
P.O. Box 65901
West Des Moines, IA 50265
 *kmariamyles@outlook.com*
*Pro Se Plaintiff*

Courtesy copy to:

John O. Haraldson
Assistant City Attorney
City of Des Moines
400 Robert D. Ray Drive
Des Moines, IA 50309-1891
 *joharaldson@dmgov.org*

*Attorney for City of Des Moines*