# Injunction

US District Court
Southern District of Iowa (Central)
Civil Docket for Case # 4:21-cv-00158-SMR-HCA
Kimberly Maria Myles,
Plaintiff
P.O. Box 65901
West Des Moines, Iowa 50265
515-971-2589
Pro Se

# Vs.

Wells Fargo Bank, N.A.
Defendant
Michael A Giudicessi,
Faegre Drinker Biddle & Reath LLP  (IA)
801 Grand Avenue 33rd Floor
Des Moines, Iowa 50309-8011
515-447-4701
Fax 515-248-9000
Michael.giudicessi@faegredrinker.com
Attorney to be Noticed
Designation: Retained

Samantha Melanie Rollins,
Faegre Drinker Biddle & Reath LLP (MN)
2200 Wells Fargo Center
90 S Seventh St
Minneapolis, MN 55402-3901
612-766-8146
Fax 515-248-9010
Samantha.Rollins@ faegredrinker.com

City of Des Moines, Iowa,
Intervenor
Represented by John O. Haraldson
Des Moines City Attorney

RECEIVED 21 JUN -2 AM 9:11 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

400 Robert Ray Drive
Des Moines, Iowa 50309-1891
515-283-4072
Fax 515-237-1748
joharaldson@dmgov.org
Lead Attorney
Attorney to be Noticed
Designation: Government – Other

This Injunction timely filed by Plaintiff, Kimberly Maria Myles with the US District with regards to matter docket 4:21-cv-00158-SMR-HCA.

Defendant Wells Fargo Bank, NA was timely and properly served notice of Civil Litigation in Polk County District. Wells Fargo Bank, NA, Defendant and their retained law firm Faegre Drinker Biddle & Reath and the law firm's notated attorneys do not now have the authority to move the civil litigation timely and correctly filed in the State of Iowa Polk County District to this Federal District Court.

Wells Fargo Bank, NA, Defendant, has no allowable calendar days of the 30-day time allowance to which the defendant has to avail to move the filed, served correctly timely petition against them. This late date the fact is, Defendant has exhausted it's time-frame allotment 30-days to move to Federal District Court.

The Defendant is Wells Fargo in Which Wells Fargo acknowledges the fact their party status is Defendant. Defendant with three attorneys assigned in their hired law firm have all missed 30-day rule to move from State District Court to Federal District Court.

Wells Fargo Bank, NA was served proper Notice of Civil Litigation on November 11, 2020. The 30-Day timeframe with the Thanksgiving Holiday included would have been sometime in December 2020 to bring this to Federal District Court.

Respectfully
Plaintiff  Kimberly Maria Myles
Pro Se

Case 4:21-cv-00158-SMR-HCA   Document 10   Filed 06/02/21   Page 3 of 3
Case 4:21-cv-00158-SMR-HCA   Document 1-1   Filed 05/27/21   Page 13 of 79
E-FILED   2020 NOV 20 10:40 AM POLK - CLERK OF DISTRICT COURT

**POLK COUNTY SHERIFF'S OFFICE**

Civil Division | 222 – 5th Avenue Des Moines, IA, 50309



**SHERIFF KEVIN J. SCHNEIDER**

Sheriff's Office (515) 286-3940 | Fax (515) 286-3410

## RETURN OF SERVICE
### In the IA District Court for POLK COUNTY COURT

| KIMBERLY MARIA MYLES | VS | WELLS FARGO BANK NA |

Sheriff #: 20028223
Case #: LACL148965
Received: 11/18/2020
Service Number: 74082

**STATE OF IOWA POLK COUNTY } §**

I certify that I served a copy of:
X Original Notice/Petition EXHIBITS

On: 11/19/2020 9:30:00 AM
To: WELLS FARGO BANK NA by delivering a copy to VICKI REED
        a person at least 18 years of age described as REGISTERED AGENT
Manner Served: REGISTERED AGENT
Address of Service: 505 5th Ave STE 729 REG AGENT: CORP SERVICE CO, Des Moines, IA 50309
Notes:

**Attempts**

Date: 11/19/2020 9:30:00 AM
Address: 505 5th Ave STE 729 REG AGENT: CORP SERVICE CO, Des Moines, IA 50309
Note:

**FEES**
Total: $31.15

Kevin J Schneider, Sheriff of Polk County, Iowa

*[signature]*

Deputy/Server: Patrick Adamovicz

Entered by Janet Lose - 11/20/2020 10:32:29 AM.

**EXHIBIT A**
**Page 18 of 87**